THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RONALD STENDAHL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WERNER CO. DBA WERNER LADDER CO., a foreign profit corporation, and HOME DEPOT, U.S.A., INC., a foreign profit corporation,<br><br>　　　　Defendants. | Case No. 3:23−cv−05342−BHS<br><br>**ORDER OF DISMISSAL** |

THIS MATTER having come before the undersigned Judge this day on the parties' Stipulated Motion for Dismissal through their respective attorneys of record, it is hereby ORDERED that Plaintiff RONALD STENDAHL's complaint against Defendants WERNER CO. (erroneously sued and served as "WERNER CO. DBA WERNER LADDER CO., a foreign profit corporation") and HOME DEPOT, U.S.A., INC. for this matter, Case No. 3:23−cv−05342−BHS is dismissed with prejudice and without costs to any party.

STIPULATED MOTION FOR VOLUNTARY DISMISSAL

P a g e | - **1** -　　　3: 23-CV-05342-BHS

GORDON & POLSCER, L.L.C.
1700 Seventh Avenue, Suite 2100
Seattle, Washington  98101
Telephone: (206) 223-4226

1  DATED this 27th day of June, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION FOR VOLUNTARY DISMISSAL
P a g e | - **2** -     3: 23-CV-05342-BHS

GORDON & POLSCER, L.L.C.
1700 Seventh Avenue, Suite 2100
Seattle, Washington  98101
Telephone: (206) 223-4226